THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD KIGGINS, | CASE NO. C20-1023-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HAL NEDERLAND N.V., a Curacao corporation, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of stipulation and partial voluntary dismissal without prejudice (Dkt. No. 12). Having thoroughly considered the notice and the relevant record, the Court hereby ORDERS as follows:

1. Plaintiff's claims against Defendants Hal Nederland N.V.; Holland American Line – USA Inc.; Holland American Line Inc.; and Holland America Line USA, Inc. are DISMISSED without prejudice and those Defendants are dismissed from this action; and

2. Plaintiff's claims against Defendants Holland America Line N.V. and HAL Antillen N.V. remain pending.

//

MINUTE ORDER
C20-1023-JCC
PAGE - 1

1  DATED this 28th day of August 2020.

2

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-1023-JCC
PAGE - 2