THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD KIGGINS,

                Plaintiff,

     v.

HOLLAND AMERICA LINE N.V., a Curacao corporation, *et al.*,

                Defendants.

CASE NO. C20-1023-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On October 19, 2020, Plaintiff filed a notice of settlement (Dkt. No. 14), indicating that a stipulation of dismissal would be filed within sixty (60) days. That period has since lapsed, and no such stipulation has been filed. In the absence of such stipulation, the parties are ORDERED to file a joint status report, within ten (10) days of the date of this order.

DATED this 25th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1023-JCC
PAGE - 1